Entered on Docket
January 26, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed January 26, 2012

Roger L. Efremsky
U.S. Bankruptcy Judge

Nathan D. Borris, Esq.
SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>RUBY L. FRANDSEN,<br><br>        Debtor | Case No.: 11-49229<br>Chapter 13<br><br>**ORDER VALUING LIEN OF COMPAC CONTAINER LEASING, INC.** |

On JANUARY 3, 2011, Debtor filed a motion to value the lien of COMPAC CONTAINER LEASING, INC. against the property commonly known as 98 CORNWALL WAY, SAN LEANDRO, CALIFORNIA, which lien was recorded in Alameda County, California on or about September 21, 2004 as document #2004427076 (hereinafter the Lien).

The court finds that notice of the motion upon COMPAC CONTAINER LEASING, INC. was proper. COMPAC CONTAINER LEASING, INC. having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, COMPAC CONTAINER LEASING, INC. does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

1

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the COMPAC CONTAINER LEASING, INC., the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

<u>End of Order</u>

| | |
|---|---|
| 1 | <u>Court Service List</u> |
| 2 | |
| 3 | Martha Bronitsky |
| 4 | Chapter 13 Trustee |
| 5 | 24301 Southland Drive 200 |
|   | Hayward, CA 94541 |
| 6 | |
| 7 | Office of the U.S. Trustee |
|   | 1301 Clay St. #690N |
| 8 | Oakland, CA 94612 |