Nathan D. Borris, Esq.
SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

**The Relief Sought in the following**
**order is DENIED. Signed November 6, 2012**

Roger L. Efremsky
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

|  |  |
|---|---|
| In Re: | Case No.: 11-49229 |
|  | Chapter 13 |
| RUBY L. FRANDSEN, | **ORDER ON MOTION FOR RELIEF** |
|  | **FROM ORDER PURSUANT TO** |
| Debtor | **FED.R.BANKR.P. 9024 AND** |
|  | **FED.R.CIV.P 60** |

On October 16, 2012, Debtor filed a motion for relief from a order dismissing Debtor pursuant to Fed.R.BankR.P. 9024 and Fed.R.Civ.P 60, seeking reinstatement as a Debtor in her chapter 13 matter.

The Court finds that notice of the motion upon all creditors was proper. All creditors having failed to file timely opposition to Debtor's motion, the Court hereby orders as follows:

1. That the order Granting Motion to Dismiss Case for Failure to Make Plan Payments entered on October 4, 2012 be vacated;

2. That RUBY L. FRANDSEN be reinstated as the Debtor in this matter;

3. That the Debtor immediately cure the arrears on her chapter 13 plan in the amount due and payable as of the date of this order.

IT IS SO ORDERED.

***END OF ORDER***

1

1

# COURT SERVICE LIST

Wells Fargo Bank, N.A.
Pite Duncan, LLP
c/o Arnold Graff
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Compac Container Lsg Nic Profit Sharing Trust
2197 Oak Creek Lane
Hayward, CA 94541

Wells Fargo FKA Wachovia FKA World Savings Bank
4101 Wiseman Blvd T7416-023
San Antonio, TX 78251